■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH A. LEESON, Appellant. (Appeal No. 2.) [750 NYS2d 540] —Appeal from a judgment of Cayuga County Court (Corning, J.), entered March 8, 2001, convicting defendant after a jury trial of, inter alia, criminal solicitation in the second degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Same memorandum as in *People v Leeson* ([appeal No. 1] 299 AD2d 919). Present—Hayes, J.P., Hurlbutt, Kehoe, Burns and Lawton, JJ.